IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:07CR55 |
| vs. | ) | ORDER |
| DEJUAN A. HAYES, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:07CR244 |
| vs. | ) | ORDER |
| DEJUAN A. HAYES, | ) | |
| Defendant. | ) | |

These matters are before the court following a scheduling conference with counsel and the undersigned magistrate judge on August 16, 2007. During the conference, counsel for the government and the defendant jointly moved to consolidate the Indictments in the above captioned cases for trial. Pursuant to Fed. R. Crim. P. 13, the motion to consolidate is granted and the Indictments will be tried together. A consolidated trial will commence before Chief Judge Joseph F. Bataillon and a jury **at 8:30 a.m. on September 24, 2007.**

**IT IS SO ORDERED.**

DATED this 17th day of August, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge