**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **8:07CR55** |
| vs. ) | |
| ) | **ORDER** |
| **DEJUAN A. HAYES,** ) | |
| ) | |
| Defendant. ) | |

     Defendant DeJuan A. Hayes appeared before the court on Friday, July 22, 2011 on a Petition for Warrant or Summons for Offender Under Supervision [29]. The defendant was represented by Assistant Federal Public Defender Shannon P. O'Connor and the United States was represented by Assistant U.S. Attorney Russell X. Mayer. The government did not request detention. The Defendant was not entitled to a preliminary examination.

     I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Bataillon.

     **IT IS ORDERED**:

     1.    A final dispositional hearing will be held before Chief Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **August 24, 2011 at 1:00 p.m .** Defendant must be present in person.

     2.    The defendant is released on current conditions of supervision.

     DATED this 22nd day of July, 2011.

     BY THE COURT:

     s/ F. A. Gossett
     United States Magistrate Judge